IN THE MATTER OF THE OPENING OF AN ALLEY FROM GRISWOLD STREET TO SHELBY STREET IN THE CITY OF DETROIT (JOSEPH CAMPAU, CLAIMANT).

JOURNAL ENTRIES (1832–35): *Journal 4:* (1) Rule to assign errors *p. 514; (2) case argued, submitted *p. 522; (3) jury ordered summoned to assess damages *p. 528; (4) motion for rule to exhibit title deed *p. 530; (5) damages assessed, motion for judgment *p. 534. *Journal 5:* (6) Judgment *p. 67.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari; (3) return to certiorari; (4) assignment of errors; (5) joinder in error; (6) venire facias and return; (7) affidavit for continuance.

*1824–36 Calendar*, MS p. 219.

